BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S. NO. 00-324 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S MOTION AND |
| HARUTYUN VAYRAZIAN, | ) | [PROPOSED] ORDER TO DISMISS |
| | ) | INDICTMENT PURSUANT TO RULE 48 |
| Defendant. | ) | OF THE FEDERAL RULES OF |
| _____ | ) | CRIMINAL PROCEDURE |

The United States, by and through its attorneys, United

States Attorney Benjamin B. Wagner and Assistant U.S. Attorney

Carolyn K. Delaney, hereby moves to dismiss the Indictment

currently pending against the defendant pursuant to Rule 48 of the

Federal Rules of Criminal Procedure.

Dated: September 29, 2010          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                    /s/ Carolyn K. Delaney

                                   CAROLYN K. DELANEY
                                   Assistant U.S. Attorney

///
///
///

**IT IS SO ORDERED:**

Dated:   September 30, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge